FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIJAH J. COPELAND-FRAZIER,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS, WASHINGTON STATE PENITENTIARY, WALLA WALLA COUNTY, STEVEN SUNDBERG, CASEY KAECH, BRADLEY BOWMAN, SGT JUAN COLL, KEVIN WALKER, C/O ALLEN WILSON, TANNER MINK, ROBERT ROYSE, HUNTER MEYERS, JUSTIN HEAT, CHRISTOPHER ALANIZ, RYAN PFAFF, LESLEY GILSON, GILBERT LUGO, GARY PIERCE, TIM THRASHER, JON DOE 1, JON DOE 2, JOHN DOE 3, TOM SCRIBNER, and MARYANN CURL,<br><br>Defendants. | No. 4:22-CV-05015-MKD<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

By Order filed April 13, 2022, the Court directed Plaintiff Elijah J.

ORDER DISMISSING ACTION WITHOUT PREJUDICE  - 1

Copeland-Frazier to show cause why this action should not be dismissed for failure to prosecute and for failure to keep the Court informed of his current address. ECF No. 8 at 2. The Court has not ruled on Plaintiff's application to proceed *in forma pauperis,* ECF No. 3. The Clerk of Court provided Plaintiff with a copy of the Order to Show Cause by electronic means and mailed a copy to Plaintiff at the Washington State Penitentiary. ECF No. 8 at 2.

Plaintiff did not inform the Court of his current address and has filed nothing further in this action. Accordingly, **IT IS ORDERED** this action is dismissed without prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Plaintiff at his last known address, and **CLOSE** the file.

DATED May 20, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION WITHOUT PREJUDICE  - 2