AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2022

SEAN F. McAVOY, CLERK

ELIJAH J. COPELAND-FRAZIER,

*Plaintiff*

v.

Washington State Penitentiary, Walla Walla County, Steven Sundberg, Casey Kaech, Bradley Bowman, Sgt Juan Coll, Kevin Walker, c/o Allen Wilson, Tanner Mink, Robert Royse, Hunter Meyers, Justin Heat, Christopher Alaniz, Ryan Pfaff, Lesley Gilson, Gilbert Lugo, Gary Pierce, Tim Thrasher, Jon doe 1, Jon doe 2, John doe 3, Tom Scribner, and Maryann Curl,

*Defendant*

Civil Action No.  4:22-CV-05015-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This action is dismissed without prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Mary K. Dimke

Date: 05/20/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Mishani Jack-Gonzalez
*(By) Deputy Clerk*

Mishani Jack-Gonzalez